UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAMON SAUL SILVA, JR.,<br><br>    Plaintiff,<br><br> v.<br><br>ROGELIO ZARAGOZA,<br><br>    Defendant. | CASE NO. C21-5444 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

 (1) The R&R, Dkt. 9, is **ADOPTED**;

 (2) Plaintiff's motion for extension of time to pay filing fee, Dkt. 8, and motion for leave to proceed *in forma pauperis*, Dkt. 1, are **DENIED**;

 (3) The Court finds that Plaintiff may not proceed with *in forma pauperis* status in the event of any appeal because he has incurred three strikes under 28 U.S.C. § 1915(g);

ORDER - 1

(4) Plaintiff's complaint is **DISMISSED without prejudice**; and

(5) The Clerk shall enter JUDGMENT and close this case.

Dated this 18th day of November, 2021.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2